720 A.2d 980

IN THE MATTER OF ANTHONY F. CARRACINO,
AN ATTORNEY AT LAW.

December 9, 1998.

## ORDER

The Disciplinary Review Board on August 21, 1998, having filed with the Court its decision concluding that **ANTHONY F. CARRACINO** of **FORDS** (formerly of **COLONIA**), who was admitted to the bar of this State in 1982, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4 (failure to communicate), *RPC* 1.8(a) (entering into a business transaction with a client), *RPC* 5.4(a) (sharing legal fees with a nonlawyer), *RPC* 5.4(b) (forming a law partnership with a nonlawyer), and *RPC* 5.4(d) (practicing law in the form of a professional corporation or association in which a nonlawyer has an interest or control), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation);

And the Board having further concluded that respondent should be required to provide proof of his fitness to practice law prior to reinstatement; and good cause appearing;

It is ORDERED that **ANTHONY F. CARRACINO** is suspended from the practice of law for a period of six months, and until further Order of the Court, effective January 4, 1999; and it is further

ORDERED that prior to consideration of any application for reinstatement to practice, respondent shall provide competent psychological proof of his fitness to practice law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.